No. 49521.—Protests 63893–K, etc., of Strauss-Eckardt Co., Inc., et al. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 17, 1944

No. 49522.—Protests 75380–K, etc., of Tidewater Grain Co. (Cleveland).

Opinion by CLINE, J.   It was stipulated that the merchandise in question is the same in all material respects as that passed upon in *Richardson v. United States* (12 Cust. Ct. 6, C. D. 823).   In accordance therewith the claim at 5 percent under paragraph 731, as modified, was sustained.

No. 49523.—Protest 106878–K of Pan American Products Corp. (New York).

Opinion by CLINE, J.   When called for trial the case was submitted without the introduction of evidence to overcome the presumption of correctness attaching to the collector's action.   The protest was overruled.

No. 49524.—Protests 73270–K, etc., of John Wanamaker, Philadelphia, et al. (Philadelphia, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 49525.—Protests 76259–K, etc., of Q. W. Lung Co. et al. (Boston, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 49526.—Protests 949683–G, etc., of Meyer & Lange et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise was assessed on the full content of the tins and that it is similar in all material respects to that the subject of *United States v. Hearty* (31 C. C. P. A. 106, C. A. D. 257). In accordance therewith and following said cited decision it was held that the merchandise is properly dutiable on the weight of the meat alone and the protests were sustained in accordance with schedule A of this decision.